# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN COREAS,<br><br>    Petitioner,<br>  vs.<br>KATHLEEN ALLISON,<br><br>    Respondent.<br>_____ | ) Case No. CV 10-4354 JVS (MRW)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 26, 2012    _____
               HON. JAMES V. SELNA
               UNITED STATES DISTRICT JUDGE